**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **KEVIN GUSTAVO AGUILAR LOPEZ,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-919-R** |
| **MARKWAYNE MULLIN, et al.,** | ) | |
| **Respondents.** | ) | |

**<u>ORDER</u>**

Before the Court is the Report and Recommendation of United States Magistrate Judge Amanda L. Maxfield, entered on August 5, 2026 [Doc. No. 13]. Judge Maxfield recommends dismissal of Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] as moot because Petitioner has been removed from the United States, is no longer in ICE custody, and the Court can no longer grant him relief. No objection to the Report and Recommendation has been filed nor has an extension of time to object been sought or granted. Therefore, the Report and Recommendation of Judge Maxfield is ADOPTED in its entirety and Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is DISMISSED as moot.

IT IS SO ORDERED this 25th day of August, 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**